

# Fourth Court of Appeals
## San Antonio, Texas

Monday, April 6, 2015

No. 04-14-00671-CR

The **STATE** of Texas,
Appellant

v.

Raul Becerra **CASTORENA**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 11297CR
The Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
      Luz Elena D. Chapa, Justice
      Jason Pulliam, Justice

John Price has filed a request for a sixty day extension of time to file the reporter's record. We grant the motion in part and deny it in part. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in ordinary appeal must not exceed 30 days).

We **order** Price to file the record by **April 30, 2015**. Because of the extraordinary delay in completing the record in this case, Price is advised that **no further extensions of time will be granted** and we **order** Price to give priority to completing the record in this appeal. If Price is unable to perform all his duties and complete the record in a timely manner, he must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered.

Price is ordered to obtain from the attorney for the State the agreed replacement copy of State's Exhibit 2 and include it in the record. Price is ordered to file the record with a placeholder for Defendant's exhibit 3, indicating the exhibit is missing.

We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

Keith E. Hottle
Clerk of Court